

ORIGINAL

FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0347

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

    Defendant and Appellant.

**O R D E R**

FILED

DEC 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On November 28, 2023, we issued an opinion in the above-entitled action, affirming the District Court's dismissal of Ailer's criminal conviction after he completed his deferred sentence without revocation. *State v. Ailer*, 2023 MT 231N. Ailer subsequently filed a petition for rehearing.

M. R. App. P. 20(1)(a) provides that a petition for rehearing will be considered only when the Court "overlooked some fact material to the decision," when "it overlooked some question presented by counsel that would have proven decisive to the case," or when "its decision conflicts with a statute or controlling decision not addressed" by the Court. Having fully considered Ailer's petition, we conclude that rehearing is not warranted under the standards of M. R. App. P. 20(1)(a).

Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing is DENIED.

The Clerk of Court is directed to mail copies of this Order to Matthew Ryan Ailer and all counsel of record.

DATED this 27 day of December, 2023.

_____

_____

_____

_____
Justices

